UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARIE THORSON,<br><br>                    Plaintiff,<br><br>        v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,<br><br>                    Defendants. | No.  2:22-cv-02101 TLN AC PS<br><br><br>ORDER |

Plaintiff is proceeding in this case in pro per.  The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(21).  Pending before the court are two motions to dismiss (ECF Nos. 7 and 8) both set to be heard on February 8, 2023.  ECF No. 11.  Plaintiff has not yet filed an opposition or statement of non-opposition to either motion.  In response to an order to show cause why the case should not be dismissed for failure to prosecute (ECF No. 12), plaintiff filed two motions for an extension of time – one related to each motion to dismiss.  ECF Nos. 13 and 14.  Plaintiff cites her unfamiliarity with the law as the basis for her need for additional time.  ECF No. 13 at 2; ECF No. 14 at 2.

Considering plaintiff's pro se status and the fact that no scheduling order has yet been set in this case, the court finds defendants will not be prejudiced by giving plaintiff additional time to oppose the motions and the court will therefore grant plaintiff's motions.  However, the court

cautions plaintiff that as a pro se litigant, she is required to follow the same rules as an attorney, and must adhere to court deadlines, just as an attorney would be required to. See Local Rule 183. The court will look with disfavor on further requests for an extensions of time related to the pending motions.

For good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff's motions at ECF Nos. 13 and 14 are GRANTED and plaintiff's oppositions or statements of non-opposition to the pending motions to dismiss are due March 8, 2023;
2. The hearing date on defendants' motions to dismiss (ECF Nos. 7 and 9) is RESET to March 29, 2023 at 10 a.m. in Courtroom 26 (AC); and
3. If plaintiff fails to timely submit an opposition or statement of non-opposition, the undersigned will recommend that this action be dismissed for failure to prosecute.

DATED: January 24, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2