STEELE LLP
John C. Steele, State Bar No. 179875
Tanya C. McCullah, State Bar No. 279614
17272 Red Hill Avenue
Irvine, California 92614
Telephone: 949.222.1161
Fax:  949.221.9500
Email:  jsteele@steelellp.com; tmccullah@steelellp.com

Attorneys for Defendant
MTC FINANCIAL INC. dba TRUSTEE CORPS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARIE THORSON,<br><br>    Plaintiff,<br><br>    v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2004-A, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-A c/o MTC FINANCIAL INC. dba TRUSTEE CORPS.; NEW CENTURY MORTGAGE CORPORATION.; and DOES 1 through 100, inclusive;<br><br>    Defendants. | Case No.: 2:22-cv-02101-TLN-AC<br>Action filed: November 22, 2022<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR APPROVAL OF TELEPHONIC APPEARANCE**<br><br>Hearing Date:  March 29, 2023<br>Hearing Time: 10:00 a.m.<br>Judge: Hon. Allison Claire<br>Ctrm: 26 |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN**:

Upon review of Attorney for Defendant MTC Financial Inc. dba Trustee Corps'

---

[PROPOSED] ORDER GRANTING REQUEST FOR APPROVAL OF TELEPHONIC APPEARANCE

1

1 | request for permission to appear telephonically filed as docket entry number 18, the
2 | Court grants the request for Attorney, John C. Steele, to appear telephonically at the
3 | Motion to Dismiss hearing on March 29, 2023, at 10:00 a.m., in Courtroom 26 of the
4 | above-entitled located at 501 I Street, Sacramento, California 92814. The Court will
5 | initiate the telephone call 5-10 minutes prior to the time of the scheduled hearing at
6 | Attorney's direct telephone number.

8 | Dated: March 20, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE



[PROPOSED] ORDER GRANTING REQUEST FOR APPROVAL OF TELEPHONIC APPEARANCE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE
1

Steele LLP