UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARIE THORSON,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,<br><br>Defendants. | No. 2:22-cv-02101-TLN-AC<br><br>**ORDER** |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 13, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 23.) Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 13, 2023 (ECF No. 23), are ADOPTED IN FULL; and

1

2. Defendants' motions to dismiss (ECF Nos. 7, 9) are GRANTED and this case is DISMISSED with prejudice because it presents only time-barred claims.

3. The Clerk of Court is directed to close the case.

Date: June 12, 2023

_____
Troy L. Nunley
United States District Judge